UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FUNKO, LLC,

        Plaintiff,

v.

LOOT CRATE, INC.,

        Defendant.

C18-1753 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notice of Bankruptcy filed on August 12, 2019, docket no. 21, the Court hereby STAYS this case pursuant to 11 U.S.C. § 362 pending further order.

(2) The parties shall file a Joint Status Report within fourteen (14) days of the conclusion of bankruptcy proceedings or **by March 31, 2020**, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of August, 2019.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk

MINUTE ORDER - 1