UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FUNKO, LLC,

              Plaintiff,

  v.

LOOT CRATE, INC.,

              Defendant.

C18-1753 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered August 13, 2019, docket no. 22, the Court stayed this matter pursuant to 11 U.S.C. § 362 and directed the parties to file a Joint Status Report no later than March 31, 2020. No Joint Status Report has been filed. The Court, however, takes judicial notice of the fact that the Chapter 11 proceedings in the District of Delaware Bankruptcy Court involving defendant Loot Crate, Inc. are ongoing, and DIRECTS the parties to file a Joint Status Report within fourteen (14) days of the conclusion of the bankruptcy matter or **by December 31, 2020**, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of April, 2020.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1