UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FUNKO, LLC,

        Plaintiff,

v.

LOOT CRATE, INC.,

        Defendant.

C18-1753 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered August 13, 2019, docket no. 22, the Court stayed this matter pursuant to 11 U.S.C. § 362. Having reviewed the parties' Joint Status Report, docket no. 24, indicating that Chapter 11 proceedings in the District of Delaware Bankruptcy Court involving defendant Loot Crate, Inc. are ongoing, the Court DIRECTS the parties to file a Joint Status Report within fourteen (14) days of the conclusion of the bankruptcy matter or **by June 30, 2021**, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2021.

                        William M. McCool
                        Clerk

                        s/Gail Glass
                        Deputy Clerk

MINUTE ORDER - 1